UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-cv-00131-MOC

| | |
|---|---|
| **STEVE SILVA,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**CAROLYN W. COLVIN,** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on review of the Order of the United States Court for the Eastern District of Virginia transferring this case to the Western District of North Carolina. In pertinent part, the court in the Eastern District of Virginia instructed that upon transfer, this court would direct the defendant to Answer and file the Administrative Transcript. Order (#11) at 2.

Review of the "Process Receipts and Returns" (#5 & #6) reveals that service was completed on the Commissioner not later than August 20, 2015, making her Answer or other responsive pleading due not later than October 20, 2015. Fed.R.Civ.P. 6(a)(1)(A); Fed.R.Civ.P. 12(a)(2). The court will, therefore, extend the time for the filing of a responsive pleading for in light of the pending transfer and the allowances made in the district court's October 22, 2015, Consent Order. Fed.R.Civ.P. 6(b)(1)(A)-(B).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the time for the Commissioner to file an Answer or other responsive pleading and the Administrative Transcript is **ENLARGED** up to and including November 6, 2015.

Signed: October 23, 2015

Max O. Cogburn Jr.
United States District Judge