UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-cv-00131-MOC

| | | |
|---|---|---|
| **STEVE SILVA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Paul B. Eaglin's Motion for Admission Pro Hac Vice of Karl E. Osterhout. Having considered Paul B. Eaglin's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Paul B. Eaglin's Motion for Admission Pro Hac Vice of Karl E. Osterhout (#15) is GRANTED, and Mr. Osterhout is ADMITTED to practice before the Bar of this court in this particular case while appearing with Mr. Eaglin.

Signed: November 2, 2015

Max O. Cogburn Jr.
United States District Judge